# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 24, 2023

Mr. Morris W. Thompson
MORRIS W. THOMPSON LAW FIRM
P.O. Box 662
Little Rock, AR  72203-0000

      RE:  23-1367  Sandra Jones v. Faulkner County, Arkansas, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      We note the docketing fee is pending. Please pay the $505 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Page Two
23-1367

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office

                                Michael E. Gans
                                Clerk of Court

CAH

Enclosure(s)

cc:     Mr. Dustin Robert Darst
        Ms. Tammy H. Downs
        Mr. Paul D. McNeill
        Mr. Michael Allen Mosley
        Mr. Jason E Owens

      District Court/Agency Case Number(s):  4:21-cv-00444-BRW

**Caption For Case Number: 23-1367**

Sandra Jones, Personal Representative of the Estate of Antonio L. Jones, Deceased

    Plaintiff - Appellant

v.

Faulkner County, Arkansas; Garry Stewart, M.D.; Individually; Karen Grant, Individually; Leanne Dixon, Individually

    Defendants - Appellees

**Addresses For Case Participants:   23-1367**

Mr. Morris W. Thompson
MORRIS W. THOMPSON LAW FIRM
P.O. Box 662
Little Rock, AR  72203-0000

Mr. Dustin Robert Darst
REECE & MOORE
Suite 315C
8201 Cantrell Road
Little Rock, AR  72227

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Paul D. McNeill
RMP, LLP
Suite B
710 Windover Road
Jonesboro, AR  72401

Mr. Michael Allen Mosley
JASON OWENS LAW FIRM
1312 W. Oak Street
Conway, AR  72034

Mr. Jason E Owens
JASON OWENS LAW FIRM
1312 W. Oak Street
Conway, AR  72034