Generated: Feb 24, 2023 2:05PM                                                                                              Page 1/1

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

**U.S. District Court**

FEB 24 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

**Arkansas Eastern - Little Rock**

MORRIS THOMPSON LAW FIRM
POB 662
LITTLE ROCK, AR 72203

Receipt Date: Feb 24, 2023 2:05PM

Rcpt. No: 1119                  Trans. Date: Feb 24, 2023 2:05PM                  Cashier ID: #JP

| CD  | Purpose                       | Case/Party/Defendant   | Qty | Price  | Amt    |
|-----|-------------------------------|------------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee | DARE421CV000444 /001  | 1   | 505.00 | 505.00 |

| CD | Tender |       |            | Amt     |
|----|--------|-------|------------|---------|
| CH | Check  | #4732 | 02/24/2023 | $505.00 |

Total Due Prior to Payment:  $505.00
Total Tendered:  $505.00
Total Cash Received:  $0.00
Cash Change Amount:  $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.